UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and DENNIS MAURER, Individually,

        Plaintiffs,

vs.

WAYSIDE VILLAGE CONDOMINIUM ASSOCIATION, INC., a New Jersey Non-Profit Corporation,

        Defendant.

Case No. 1:17-cv-02048-JBS-KMW

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

_____
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
and
John P. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

Date: 1/24/2020

_____
Michael J. Gruccio, Esq.
727 Landis Avenue-Suite 2
Vineland, NJ 08360
Telephone: 856-457-7705
Facsimile: 856-839-0285
mgruccio@tgrlaw.com
*Attorneys for Defendant*

Date: 1/10/20

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non-Profit Corporation, and DENNIS
MAURER, Individually,

        Plaintiffs,

vs.                                    Case No. 1:17-cv-02048-JBS-KMW

WAYSIDE VILLAGE CONDOMINIUM
ASSOCIATION, INC., a New Jersey Non-Profit
Corporation,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _Camden_, this 27th day of _January_, ~~2019.~~ 2020.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record